IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    14-cv-02108-WYD-KMT

MARLA HALEY,

      Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, L.L.C., a Kansas limited liability company,

      Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant

to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, with each party to

pay her or its own attorney's fees and costs.

Dated:   January 26, 2015

                                BY THE COURT:

                                /s/ Wiley Y. Daniel
                                WILEY Y. DANIEL,
                                SENIOR UNITED STATES DISTRICT JUDGE